862

No. 199. WILLIAMS, ADMINISTRATRIX, ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Sol Goodman* and *Theodore M. Berry* for appellants. *Solicitor General Rankin, Acting Assistant Attorney General Sellers, A. F. Prescott* and *Carolyn R. Just* for the United States. █

No. 220. O'DWYER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Paul O'Dwyer* and *Howard N. Meyer* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Myron C. Baum* for respondent.

No. 284. BAKER, OBERMEIER & ROSNER *v.* SURFACE TRANSIT, INC., ET AL.;
No. 285. SAXE, BACON & O'SHEA *v.* SURFACE TRANSIT, INC., ET AL.;
No. 374. HAYS, ST. JOHN, ABRAMSON & HEILBRON *v.* GARLOCK ET AL.;
No. 382. GANS *v.* SURFACE TRANSIT, INC., ET AL.; and
No. 384. GARLOCK *v.* SURFACE TRANSIT, INC., ET AL. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. *Oscar S. Rosner* for petitioner in No. 284. *Ralph M. Carson, Thomas O'Gorman FitzGibbon* and *Philip C. Potter, Jr.* for petitioner in No. 285. *Osmond K. Fraenkel* and *Morris Shilensky* for petitioner in No. 374. *Hiram S. Gans,* petitioner in No. 382, *pro se. Edward M. Garlock,* petitioner in No. 384 and respondent in No. 374, *pro se. John A. Wilson, W. M. L. Robinson* and *M. Van Voorhies* for Surface Transit, Inc., et al., respondents. *Solicitor General Rankin, Thomas G. Meeker* and *David Ferber* (also *Arthur Blasberg, Jr.* in Nos. 284 and 382) for the Securities and Exchange Commission, in opposition.